UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELVIN LEE WILSON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>RABBI FERRIS, et al.,<br><br>　　　　　Defendants. | No. 2:19-cv-0886 KJN P<br><br><br>ORDER |

　　　On August 2, 2019, plaintiff filed a document styled "Motion for Mediation, Arbitration and/or Settlement Conference," which plaintiff signed on July 30, 2019. (ECF No. 22.) However, on July 25, 2019, this action was referred to the Post-Screening ADR Project and the case was stayed for 120 days pending the scheduling of a settlement conference. (ECF No. 20.) It appears that plaintiff's pending motion was signed before plaintiff received the July 25, 2019 order. Plaintiff's motion is denied as moot.

　　　In addition, plaintiff's motion was accompanied by a document entitled "Plaintiff's First Interrogatories and First Request for Production of Documents." Plaintiff is informed that court permission is not necessary for discovery requests and that discovery requests served on an opposing party and that party's responses should not be filed until such time as a party becomes dissatisfied with a response and seeks relief from the court pursuant to the Federal Rules of Civil Procedure. Discovery requests between the parties shall not be filed with the court unless, and

until, they are at issue.

Moreover, because this action was stayed, plaintiff may not propound discovery at this time. Rather, plaintiff must wait until the court issues its discovery and scheduling order, which will issue, if appropriate, following the settlement conference. No further motions should be filed until the stay of this action is lifted.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion (ECF No. 22) is denied as moot; and

2. Plaintiff's discovery request (ECF No. 22 at 3-4) is retained in the court file and disregarded. Plaintiff is cautioned that further filing of discovery requests or responses, except as required by rule of court, may result in an order of sanctions, including, but not limited to, a recommendation that this action be dismissed.

Dated: August 13, 2019

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/wils0886.411