IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MELVIN LEE WILSON,** | Case No. 2:19-cv-00886 KJN P |
| Plaintiff, | [~~PROPOSED~~] ORDER |
| v. | |
| **RABBI FERRIS,** | |
| Defendant. | |

On August 22, 2019, Defendant filed a request for a twenty-one (21) day extension of time to schedule the settlement conference and file the waiver of disqualification notice attached to the order referring this matter to a settlement conference.

**FOR GOOD CAUSE SHOWN**, IT IS HEREBY ORDERED that:

1. Defendant's request (ECF No. 25) is granted; and

2. Defendant is granted a twenty-one (21) day extension of time, up to and including September 14, 2019, in which to schedule the settlement conference with the Courtroom Deputy and file the waiver of disqualification notice attached to the order referring this matter to a settlement conference.

Dated: August 26, 2019

/wils0886.36

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE